IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eugene P. Harrison, <br> *a/k/a Eugene Paul Harrison, Sr.* <br><br> Plaintiff, <br><br> v. <br><br> Mr. Alex Lee, President; Ms. Ashley Donna, <br><br> Defendants. | 2015 JAN 26 A 9:08 <br><br> Civil Action No. 2:14-cv-4544-RMG <br><br> **ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 11) recommending that this Court dismiss Plaintiff's Complaint without prejudice and without issuance and service of process. The Court hereby adopts the R&R. Plaintiff alleges that he suffered injury from a store's decision not to allow him to hold a church fundraiser on store property. However, he fails to allege any facts that would support a claim against Defendants.

Upon the issuance of the R&R, Plaintiff was advised that any written objections to the R&R must be made within 14 days of service, and that in the absence of timely written objections this Court would provide limited "clear error" review and Plaintiff would waive her right to appeal the judgment of the District Court. (Dkt. No. 11 at 9). Plaintiff has not responded to Defendant's motion, and has not filed objections to the R&R.

The Court has reviewed the R&R, the full administrative record in this matter and the relevant legal authorities. The Court finds that the Magistrate Judge ably and promptly summarized the factual and legal issues and appropriately recommended that the Complaint should be dismissed. Therefore, the Court hereby **adopts** the R&R as the order of this Court.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

January 23, 2015
Charleston, South Carolina

2